**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMANTHA SPENCE,        )  | |
|                         )  | |
|    Plaintiff,   ) | |
|                         )  | |
| vs.                     )  | Case No. 16-cv-00155-JPG-DGW |
|                         )  | |
| MUTUAL CREDIT SERVICES, INC.,  ) | |
|                         )  | |
|    Defendant.   ) | |

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice and that judgment is entered in favor of defendant **Mutual Credit Service, Inc**. and against plaintiff **Samantha Spence**.


**DATED:**  9/21/2016               **JUSTINE FLANAGAN,**
                                    **Acting Clerk of Court**


                                    *s/Tina Gray*__, **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**